BOB L. OLSON, ESQ.
Nevada Bar No. 3783
SHAUNA L. WELSH, ESQ.
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:  olsonb@gtlaw.com; welshs@gtlaw.com
*Attorneys for Defendant HR Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, a New Jersey corporation,<br><br>Plaintiff<br><br>vs.<br><br>TROVARE HOMEOWNERS ASSOCIATION, a Nevada corporation; TRIPLE BRAIDED CORD, LLC as trustee of the HR TRUST, GERARDO GOMEZ, an individual; DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>_____<br><br>_____<br><br>TRIPLE BRAIDED CORD, LLC, as trustee for the HR TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br><br>Counterdefendant. | Case No.: 11-1403-GMN-GF<br><br>**ORDER AUTHORIZING DEFENDANT TRIPLE BRAIDED CORD, LLC AS TRUSTEE OF THE HR TRUST TO SERVE THE SUMMONS AND COMPLAINT ON ALL UNKNOWN CLAIMANTS BY PUBLICATION** |

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1

*419,571,249 LV -133318010100 2-1-12*

TRIPLE BRAIDED CORD, LLC, as trustee for
the HR TRUST,

              Cross-claimant,

vs.

GERARDO GOMEZ, an individual,

              Cross-defendant.

This matter having come properly before this Court, pursuant to the filing of Defendant Triple Braided Cord, LLC, as trustee of the HR Trust's ("Defendant") Ex Parte Application for Order Authorizing Plaintiff to Serve the Summons and Second Amended Answer and Counterclaim on all Unknown Claimants by Publication ("Application").

This Court having reviewed said Application, the pleadings and papers on file herein, and with good cause appearing therefor:

IT IS HEREBY ORDERED that service of Defendant's Summons and Second Amended Answer and Counterclaim in this action may be made upon all unknown claimants by publication of the summons in newspapers of general circulation in Las Vegas, Nevada. Said publication shall run once a week for four (4) consecutive weeks. The service of summons shall be deemed complete upon the expiration of four weeks from the date of first publication.

DATED this **2nd** day of February, 2012.

Respectfully submitted by:

GREENBERG TRAURIG, LLP

GEORGE FOLEY, JR.
United States Magistrate Judge

_____
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
SHAUNA WELSH, ESQ.
Nevada Bar No. 11320
3773 Howard Hughes Pkwy.
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant Triple Braided Cord,
As trustee of the HR Trust*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

*419,571,249 LV -133318010100 2-1-12*