BOB L. OLSON, ESQ.
Nevada Bar No. 3783
SHAUNA L. WELSH, ESQ.
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: olsonb@gtlaw.com; welshs@gtlaw.com
*Attorneys for Defendant HR Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, a New Jersey corporation,<br><br>Plaintiff<br><br>vs.<br><br>TROVARE HOMEOWNERS ASSOCIATION, a Nevada corporation; TRIPLE BRAIDED CORD, LLC as trustee of the HR TRUST; GERARDO GOMEZ, an individual; DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>_____<br><br>TRIPLE BRAIDED CORD, LLC, as trustee for the HR TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br><br>Counterdefendant. | Case No.: 11-1403-GMN-GF<br><br>**ORDER AUTHORIZING DEFENDANT TRIPLE BRAIDED CORD, LLC AS TRUSTEE OF THE HR TRUST TO ENLARGE TIME FOR SERVICE OF SUMMONS AND COMPLAINT** |

1

TRIPLE BRAIDED CORD, LLC, as trustee for the HR TRUST,

            Cross-claimant,

vs.

GERARDO GOMEZ, an individual,

            Cross-defendant.

The Court, having read and considered Defendant **TRIPLE BRAIDED CORD, LLC, AS TRUSTEE OF THE HR TRUST'S EX PARTE APPLICATION TO ENLARGE TIME FOR SERVICE OF SUMMONS AND COMPLAINT,** and all papers filed in support thereof, and with good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant TRIPLE BRAIDED CORD, LLC, AS TRUSTEE OF THE HR TRUST'S request to enlarge the time for service of the Summons and Complaint is hereby GRANTED. Plaintiff has up to and including March 30, 2012 to complete service of process.

Dated this 2nd day of March, 2012.

            */s/ George Foley Jr.*
            GEORGE FOLEY JR.
            United States Magistrate Judge

Respectfully submitted:
**GREENBERG TRAURIG, LLP**

*/s/ Shauna L. Welsh*
Bob L. Olson, ESQ.
Nevada Bar No. 3783
Leslie S. Godfrey, ESQ.
Nevada Bar No. 10229
Shauna L. Welsh, ESQ.
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

2

*419,686,903 LV -133318010100 2-29-12*