1  Michael V. Infuso, Esq., Nevada Bar No. 7388
   Zachary P. Takos, Esq., Nevada Bar No. 11293
2  **GREENE INFUSO, LLP**
   3030 South Jones Boulevard, Suite 101
3  Las Vegas, Nevada 89146
   Telephone: (702) 570-6000
4  Facsimile:  (702) 463-8401
   E-mail: minfuso@greeneinfusolaw.com
5          ztakos@greeneinfusolaw.com

6
                 UNITED STATES DISTRICT COURT
7
                      DISTRICT OF NEVADA
8

9  FREEDOM MORTGAGE                    Case No.    2:11-cv-01403-MMD-GF
   CORPORATION, a New Jersey
10 corporation,

11                    Plaintiff(s),   SUBSTITUTION OF ATTORNEY AND
                                      ORDER THEREON
12 v.

13 TROVARE HOMEOWNERS
   ASSOCIATION, a Nevada corporation;
14 TRIPLE BRAIDED CORD, LLC, as trustee
   of the HR TRUST; GERARDO GOMEZ,
15 an individual; and DOES 1 through 10,
   inclusive,
16                    Defendants.

17 TRIPLE BRAIDED CORD, LLC as trustee
   for the HR TRUST
18
                      Counterclaimant,
19
   v.
20
   FREEDOM MORTGAGE
21 CORPORATION, a New Jersey
   corporation, and DOES 1 through 10,
22 inclusive,

23                    Counterdefendant.

24 //

25 //

26 //

27

28

                              1

Defendant/Counterclaimant **TRIPLE BRAIDED CORD, LLC** ("Counterclaimant") hereby substitutes:

    Michael V. Infuso, Esq., Nevada Bar No. 7388
    Zachary P. Takos, Esq., Nevada Bar No. 11293
    **GREENE INFUSO, LLP**
    3030 South Jones Boulevard, Suite 101
    Las Vegas, Nevada 89146

As attorneys of record in place and stead of:

    Bob L. Olson, Esq., Nevada Bar No. 3783
    Tracy M. O'Steen, Esq., Nevada Bar No. 10949
    Shauna L. Welsh, Esq., Nevada Bar No. 11320
    GREENBERG TRAURIG, LLP
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169

DATED this 6th day of June, 2012.

    **TRIPLE BRAIDED CORD, LLC**

    */s/ Ryan Wild*

I am duly admitted to practice in the United States District Court, District of Nevada. Defendant/(s) have retained the law firm of Greene Infuso, LLP as their counsel.

The above substitution is accepted.

DATED this 6th day of June, 2012.

    **GREENE INFUSO, LLP**

    */s/*

    Michael V. Infuso, Esq., Nevada Bar No. 7388
    Zachary P. Takos, Esq., Nevada Bar No. 11293
    3030 South Jones Boulevard, Suite 101
    Las Vegas, Nevada 89146

I consent to the above substitution.

DATED this 5th day of June, 2012.

                          **Greenberg Traurig, LLP**

                          BY: /s/ Bob L. Olson
                          Bob L. Olson, Esq., Nevada Bar No. 3783
                          Tracy M. O'Steen, Esq., Nevada Bar No. 10949
                          Shauna L. Welsh, Esq., Nevada Bar No. 11320
                          3773 Howard Hughes Parkway
                          Suite 400 North
                          Las Vegas, Nevada 89169

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**ORDER**

IT IS SO ORDERED.

DATED this __8th__ day of _____June_____, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Respectfully submitted by:

**GREENE INFUSO, LLP**

_____
Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Greene Infuso, LLP, and that on this 7 day of June, 2012, I caused to be served via United States Mail, postage prepaid, a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** properly addressed as follows:

*Bart K. Larson, Esq.*
*Shlomo S. Sherman, Esq.*
*Kolesar & Leatham*
*400 South Rampart Blvd., Suite 400*
*Las Vegas, Nevada 89145*
*blarsen@klnevada.com*
*Attorneys of Plaintiff*

*Colby D. Beck, Esq.*
*Boyack & Beck*
*401 N. Buffalo Drive, Suite 202*
*Las Vegas, Nevada 89145*
*Colby@edblaw.net*
*Attorneys for Trovare Homeowner's Association*

_____
An Employee of **GREENE INFUSO, LLP**

5