Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
         ztakos@greeneinfusolaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, a New Jersey corporation,<br><br>         Plaintiff(s),<br><br>v.<br><br>TROVARE HOMEOWNERS ASSOCIATION, a Nevada corporation; TRIPLE BRAIDED CORD, LLC, as trustee of the HR TRUST; GERARDO GOMEZ, an individual; and DOES 1 through 10, inclusive,<br>         Defendants.<br><br>TRIPLE BRAIDED CORD, LLC as trustee for the HR TRUST<br>         Counterclaimant,<br>v.<br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation, and DOES 1 through 10, inclusive,<br>         Counterdefendant. | Case No.  2:11-cv-01403-MMD-GF<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |

//
//
//

1

Defendant/Counterclaimant **TRIPLE BRAIDED CORD, LLC** ("Counterclaimant") hereby substitutes:

Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

As attorneys of record in place and stead of:

Bob L. Olson, Esq., Nevada Bar No. 3783
Tracy M. O'Steen, Esq., Nevada Bar No. 10949
Shauna L. Welsh, Esq., Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

DATED this 6th day of June, 2012.

**TRIPLE BRAIDED CORD, LLC**

*/s/ Ryan Wild*

I am duly admitted to practice in the United States District Court, District of Nevada. Defendant/(s) have retained the law firm of Greene Infuso, LLP as their counsel.

The above substitution is accepted.

DATED this 6th day of June, 2012.

**GREENE INFUSO, LLP**

*/s/*

Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

2

I consent to the above substitution.

DATED this 5th day of June, 2012.

                        **Greenberg Traurig, LLP**

BY: /s/ Bob L. Olson
Bob L. Olson, Esq., Nevada Bar No. 3783
Tracy M. O'Steen, Esq., Nevada Bar No. 10949
Shauna L. Welsh, Esq., Nevada Bar No. 11320
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169

3

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of June, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Respectfully submitted by:

**GREENE INFUSO, LLP**

Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Greene Infuso, LLP, and that on this 7 day of June, 2012, I caused to be served via United States Mail, postage prepaid, a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** properly addressed as follows:

*Bart K. Larson, Esq.*
*Shlomo S. Sherman, Esq.*
*Kolesar & Leatham*
*400 South Rampart Blvd., Suite 400*
*Las Vegas, Nevada 89145*
*blarsen@klnevada.com*
*Attorneys of Plaintiff*

*Colby D. Beck, Esq.*
*Boyack & Beck*
*401 N. Buffalo Drive, Suite 202*
*Las Vegas, Nevada 89145*
*Colby@edblaw.net*
*Attorneys for Trovare Homeowner's Association*

_____
An Employee of **GREENE INFUSO, LLP**

5